Deborah Barron, Esq. (SBN 153840)
BARRON LAW CORPORATION
1900 Point West Way, Suite 202
Sacramento, California 95815
Telephone: (916) 486-1712
Facsimile:   (916) 927-5524

Attorney for Defendant
Samundar Inc., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON | CASE NO.: 2:13-CV-01543 JAM KJN |
|---|---|
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT AND ORDER** |
| vs. | |
| K S MATTSON PARNTERS, LP, a California Limited Partnership; K S MATTSON COMPANY, LLC, a California Limited Company; SAMUNDAR INC., a California Corporation and DOES 1-10, | |
| Defendants. | |

Plaintiff, Scott Johnson who is represented by Center for Disability Access, and Defendant Samundar Inc., a California Corporation, represented by Deborah Barron of the Barron Law Corporation, hereby stipulate to the following:

The parties hereby agree to set aside the Request for Entry of Default against Defendant Samundar Inc., a California Corporation; and,

/ / /

/ / /

/ / /

/ / /

---

1

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER**

Defendant Sumandar Inc., will have an Answer filed with the court within 10 days of the order by the court.

Dated: January 27, 2014                **CENTER FOR DISABILITY ACCESS**

By: _____
    Phyl Grace, Esq.
    Attorney for Plaintiff
    Scott Johnson

Dated: January 27, 2014                **BARRON LAW CORPORATION**

By:____*/s/ Deborah Barron*____
    Deborah Barron, Esq.
    Attorney for Defendant
    Samundar Inc., a California
    Corporation

## ORDER

UPON A READING of the foregoing Stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED:**

The default against Defendant Samundar Inc., a California Corporation be set aside; and

Defendant Samundar Inc., a California Corporation is to file and serve an Answer within 10 days of the date of this Order.

Dated:   1/28/2014
_____   /s/ John A. Mendez
    United States District Court Judge

**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED] ORDER**