1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

  v.

K S MATTSON PARTNERS, LP, a
California Limited Partnership;
K S MATTSON COMPANY, LLC, a
California Limited Liability
Company;
SAMUNDAR INC., a California
Corporation; and Does 1-10,

     Defendants

Case: 2:13-CV-01543-JAM-KJN

**ORDER**

## <u>ORDER</u>

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 12/11/2014    /s/ John A. Mendez_____

                  HONORABLE JOHN A. MENDEZ
                  UNITED STATES DISTRICT COURT JUDGE